UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Crim. No. 00-157 (RCL) |
| | : | |
| KEVIN GRAY et al. | : | |
|         Defendants | : | |

_____

GOVERNMENT'S PROPOSAL REGARDING FUTURE PROCEEDINGS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, pursuant's the Court's Order of November 15, 2012 and the Government's Motion for Extension of Time, hereby submit a proposal to the Court regarding future proceedings in this matter.

In an opinion dated July 29, 2012, the United States Court of Appeals for the District of Columbia Circuit affirmed most of the convictions against defendants Kevin Gray, Rodney Moore, John Raynor, Timothy Handy, Calvin Smith and Lionel Nunn.  See United States v. Moore, 651 F.3d 30 (D.C. Cir. 2012).  In section IX of that opinion, the court discussed the effect of Crawford v. Washington, 541 U.S. 36 (2004) and Meldez-Diaz v. Massachusetts, 129 S. Ct. 2527 (2009), both of which were decided by the Supreme Court after the trial in this case, on the admission of various reports of the Drug Enforcement Administration ("DEA") during the trial of this case.  In light of its analysis, the Circuit Court remanded Counts 126 to 138 for the District Court to determine whether those counts should be vacated.  Id. at 74 and 102.

In its analysis of the case and the specific counts that were remanded, the Circuit Court relied upon the Superseding Indictment in this case.  Unfortunately, the renumbered and re-typed indictment that went to the jury converted those counts to a different set of numbers.  The

following chart sets forth the counts remanded by the Circuit Court, the corresponding counts in the indictment that was considered by the jury, the defendant or defendants charged in that particular count and the jury's verdict on that count, with a citation to the transcript where that verdict was recorded: [1]

| Count Remanded by D.C. Circuit | Corresponding Count in Retyped Indictment | Charged Defendant(s) | Jury Verdict on Count |
|---|---|---|---|
| 126 (Dist. Crack) | Not before the Jury | Derrick Moore | n/a |
| 127 (Dist. Crack) | 101 | Kevin Gray | Acquitted (1/9/03, AM Session, p. 31) |
| 128 (Dist. Crack) | Not before the Jury | Kevin Gray | n/a |
| **129 (Dist. Crack)** | **103** | **Kevin Gray** | **Convicted (1/9/03, AM Session, p. 32)** |
| 130 (Dist. Heroin) | 104 | Kevin Gray | Acquitted (1/9/03, AM Session, p. 32) |
| 131 (Dist. Heroin) | Not before the Jury | Kevin Gray | n/a |
| 132 (PWID Crack) | Not before the Jury | John Raynor | n/a |
| 133 (PWID Cocaine) | Not before the Jury | Franklin Seegars | n/a |
| 134 (PWID Heroin) | Not before the Jury | Franklin Seegars | n/a |
| **135 (PWID Crack)** | **108** | **Kevin Gray** | **Convicted (1/9/03, AM Session, p. 32)** |
| 136 (PWID Crack) | Not before the Jury | Wilford Oliver | n/a |
| **137 (PWID Heroin)** | **110** | **Kevin Gray and John Raynor** | **Both Convicted (1/9/03, AM Session, p. 32 and p. 50)** |
| 138 (PWID Heroin) | 111 | Kevin Gray | Acquitted (1/9/03, AM Session, p. 32) |

---

[1]   The undersigned would like to thank Federal Public Defender A. J. Kramer and Assistant Federal Public Defender Lisa Wright for their invaluable assistance is sorting this out.

As an initial matter, the Government notes that of the six defendants who were part of the first Kevin Gray trial, the only defendants affected by the Circuit Court's remand related to the DEA reports are Kevin Gray and John Raynor. As reflected in the above chart, since defendants Rodney Moore, Timothy Handy and Lionel Nunn were not charged in any of the above counts, they are not affected by the Circuit Court's remand.[2] Accordingly, the Government requests that the Court vacate that part of its November 15, 2012 Order that directs the Federal Public Defender to appoint counsel for those defendants.

Of the counts remanded by the Circuit Court (Counts 126-138), most: 1) relate to other defendants who were not part of this trial (counts 126, 133, 134 and 136); 2) were not before the jury (presumably because they were dismissed before the case was submitted) (counts 128, 131 and 132); or 3) relate to acquitted charges (counts 127, 130 and 138). This Court, therefore, is faced with the limited issue of whether the three remaining remanded counts - 129, 135 and 137 (highlighted in bold in the above chart) - should be vacated pursuant to the Circuit Court's direction. Relevant to the Court's analysis of this issue and the Government's recommendation on the matter, we note that defendants Kevin Gray and John Raynor were both convicted of Count One of the Indictment which charged them each with Conspiracy to Distribute and Possess with Intent to Distribute More than Five Kilograms of Cocaine, Fifty Grams or More of Cocaine Base and One Kilogram or More of Heroin and Marijuana. See Trial Transcript of January 9, 2003, AM Session at pp. 10-11 (for defendant Gray) and pp. 44-46 (for defendant Raynor). Since the sentence for the narcotics conspiracy count would merge with the sentence for the

---

[2] Defendant Calvin Smith has a matter pending before the Supreme Court and another portion of the Circuit's Court opinion (651 F.3d at 85-89) related to whether Smith's counsel provided effective assistance are not a part of this proposal.

substantive counts that are the subject of the remand, the convictions on these particular counts does not affect the ultimate sentence received by these defendants on the narcotics related counts. Moreover, they were each convicted of multiple other counts for which they received concurrent life sentences.  Accordingly, the Government moves to vacate the convictions of defendant Kevin Gray on Counts 129, 135 and 137 of the Superseding Indictment (Counts 103, 108 and 110 of the re-typed indictment that was submitted to the jury) and defendant John Raynor on Count 137 of the Superseding Indictment (Count 110 of the re-typed indictment that was submitted to the jury).

    Respectfully submitted,

    RONALD C. MACHEN JR., DC Bar No. 447889
    United States Attorney


    _____
    Arvind K.  Lal, DC Bar No.  389-496
    Assistant United States Attorney
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    202-252-7688