# United States Court of Appeals

District of Columbia Circuit
Washington, D.C. 20001-2866

CR00-157

Mark J. Langer
Clerk

March 14, 2013

General Information
(202) 216-7000

Angela Caesar
Clerk, U.S. District Court for
the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**FILED**
APR 1 6 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Attn: Greg Hughes

Supreme Court No. 11-8976, Smith v. United States

Dear Ms. Caesar:

    Enclosed please find a copy of the Supreme Court's judgment in this matter. Both Calvin Smith and John Raynor's petitions for writ of certiorari were granted as to a specific issue. The Supreme Court subsequently affirmed the judgment of this court. The district court cases are No. 00cr00157-05 (Raynor) and 00cr00157-14(Smith). This court's mandate issued December 22, 2011. As this court's judgment was affirmed and the mandate has already issued, this court will not take any further action.

Sincerely,

Nancy G. Dunn
Deputy Special Counsel to the Clerk

Enclosure

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

February 11, 2013

Clerk
United States Court of Appeals
  for the District of Columbia Circuit
333 Constitution Avenue, Northwest
Washington, DC  20001

      Re:    Calvin Smith
              v. United States
              No. 11-8976  (Your docket No. 05-3051, 05-3052)

Dear Clerk:

     Attached please find a certified copy of the judgment of this Court in the above-entitled case.  You may obtain a copy of the opinion by visiting our website @www.supremecourt.gov.

                                                Sincerely,

                                                WILLIAM K. SUTER, Clerk

                                                By

                                                Elizabeth Brown
                                                Judgments/Mandates Clerk

Enc.
cc:    A. J. Kramer, Esq.
       Solicitor General

# Supreme Court of the United States

*No.*      11-8976

CALVIN SMITH,

                                             Petitioner

v.

UNITED STATES

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the District of Columbia Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed.

January 9, 2013



A True Copy WILLIAM K. SUTER
Test
Clerk of the Supreme Court of the United States
By: