Page 2

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District District of Columbia |
|---|---|
| Name (under which you were convicted): RODNEY L MOORE | Docket or Case No.: 00-157-2 RCL |
| Place of Confinement: Medium Security, Buttner, NC | Prisoner No.: 01301-748 |
| UNITED STATES OF AMERICA  v. | Movant (include name under which you were convicted) Rodney L. Moore |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   United States District Court for the District of Columbia

   (b) Criminal docket or case number (if you know): 00-157 RCL

2. (a) Date of the judgment of conviction (if you know): 03/0902005

   (b) Date of sentencing: 03/09/2005

3. Length of sentence:  Life imprisonment and 25 y

4. Nature of crime (all counts):
   21 U.S.C. § 846 Conspiracy/Distribute Cocaine 5 kg and Cocaine Base 50 gm
   21 U.S.C. § 848(a)(b) Continuing Criminal Enterprise
   18 U.S.C § 1962(d) Conspiracy/Participate in a Racketeer Influenced Corrupt Organization
   22 D.C. Code §§ 2401, 3202 First Degree Murder While Armed
   21 U.S.C. § 848(e)(1)(A) Continuing Criminal Enterprise Murder
   22 D.C. Code §§ 503, 3202
   18 U.S.C. § 1512(a) Tampering with a Witness by Killing
   18 U.S.C. § 1959(a)(1) Violent Crime in Aid of Racketeering Activity

5. (a) What was your plea? (Check one)

   (1) Not guilty [●]     (2) Guilty [ ]     (3) Nolo contendere (no contest) [ ]

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury    Judge only 

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?  Yes ☐  No ●

8. Did you appeal from the judgment of conviction?  Yes ●  No ☐

9. If you did appeal, answer the following:

    (a) Name of court: District of Columbia Circuit Court of Appeals

    (b) Docket or case number (if you know): 05-3050

    (c) Result: Denied in part affirmed in part, remanded to merge

    (d) Date of result (if you know): 07/29/11

    (e) Citation to the case (if you know): 651 F. 3d 30

    (f) Grounds raised:
    Batson, stun belts; anonymous jury; prosecutorial misconduct; 404(b) evidence admitted; Brady violation; statute of limitations; joinder, confrontation; Jencks Act violation; inadmissible religious belief evidence, destruction of evidence; multiple conspiracies instruction error; conviction for continuing criminal evidence; aiding and abetting instruction, sufficiency of the evidence

    (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ✔  No ☐

    If "Yes," answer the following:

    (1) Docket or case number (if you know): 11-8978

    (2) Result:
    Supreme Court certiorari denied

    (3) Date of result (if you know): 6/18/2012

    (4) Citation to the case (if you know):

    (5) Grounds raised:
    Batson; stun belts; anonymous jury; prosecutorial misconduct, 404(b) evidence admitted; Brady violation; statute of limitations, joinder; confrontation; Jencks Act violation; inadmissible religious belief evidence; destruction of evidence; multiple conspiracies instruction error; conviction for continuing criminal evidence, aiding and abetting instruction; sufficiency of the evidence

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☐  No ✔

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

Page 4

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❑   No ❑

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application            ormation:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❑   No ❑

    (7) Result:

    (8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having juri            tion taken on your motion, petition, or application?

    (1) First petition:   Yes ❑   No ❑

    (2) Second petition:   Yes ❑   No ❑

Page 5

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:**
Constructive denial of choice of counsel. Interference with the attorney-client relationship.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Rodney L. Moore initially hired Mr. Henry Asbill, Esquire, to represent him in the case. The government caused Mr. Asbill to withdraw from the case by subjecting him to investigation, calling on him to testify before a grand jury, attempting to create a conflict of interest between Rodney L. Moore and his chosen attorney. The government improperly pressured Mr. Asbill into filing a motion to withdraw

(b) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐   No ☒

    (2) If you did not raise this issue in your direct appeal, explain why:
Counsel never advised me of this possible grounds for appeal.

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐ No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition.

    Name and location of the court where the motion or petition was filed:

Docket or case number (if you know).

Date of the court's decision:

Result (attach a copy of the court's opinion or order,

(3) Did you receive a hearing on your motion, petition, or application?

   Yes ❏   No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

   Yes ❏   No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ❏   No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, )

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:**
Improper venue. Publicity rendered selection of an impartial jury impossible in the District of Columbia

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Government press releases and communications to the mass media, as well as other mass media interest in the case, prejudiced the potential venire. The government and press used the term "Murder Inc." in relation to the charges at bar

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☑

(2) If you did not raise this issue in your direct appeal, explain why:
Insufficient understanding of the rules governing venue

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition.

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, i

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed.

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, i

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:**
Peremptory challenges of the government in violation of Batson

(a) Supporting facts (Do not argue or cite law  Just state the specific facts that support your claim.):
Government gave inadequate explanations for the rejection of African-American potential jurors.

(b) **Direct Appeal of Ground Three:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☑   No ☐
  (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☑
  (2) If your answer to Question (c)(1) is "Yes," state:
  Type of motion or petition:
  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know):
  Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available).

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❏   No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❏   No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❏   No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, 1

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**
Ineffective assistance of counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.).
Failure to move the court for a change of venue; failure to argue Batson violation on some jurors; failure to object to S/A Sparks "overview evidence "

Failure to object to hearsay evidence elicited by co-counsel

(b) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐  No ☑

   (2) If you did not raise this issue in your direct appeal, explain why:
   Unaware of the issue.

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐  No ☐

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition:

   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know):

   Date of the court's decision:

   Result (attach a copy of the court's opinion or order

   (3) Did you receive a hearing on your motion, petition, or application?

   Yes ☐  No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?

   Yes ☐  No ☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐  No ☐

   (6) If your answer to Question (c)(4) is "Yes," state.

   Name and location of the court where the appeal was filed:

   Docket or case number (if you know):

   Date of the court's decision:

   Result (attach a copy of the court's opinion or order, i

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them

Denial and/or interference with choice of counsel, improper venue; ineffective assistance of counsel.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?    Yes ❏   No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:
N/A

(b) At arraignment and plea:
Barry Coburn, 1710 Rhode Island Avenue NW, Washington, DC 20036

(c) At trial:
Barry Coburn, 1710 Rhode Island Avenue NW, Washington, DC 20036 and Steven J. McCool 1776 K Street, NW,

(d) At sentencing:
Barry Coburn, 1710 Rhode Island Avenue NW, Washington, DC 20036 and Steven J. McCool 1776 K Street, NW, Washington, DC

Page 12

(e) On appeal: Deborah A. Persico, PLLC, 643 South Washington Street, Alexandria, VA 22314

(f) In any post-conviction proceeding: Deborah A. Persico, PLLC, 643 South Washington Street, Alexandria, VA 22314

(g) On appeal from any ruling against you in a post-conviction proceeding:
N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
> A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
>> (1) the date on which the judgment of conviction became final;
>> (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
>> (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
>> (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

That the sentence in this case be vacated and the case dismissed, or reset for trial. That the Court approve resources and order discovery. The movant also prays that the Court allow this motion be supplemented factually and with appropriate legal authority.

or any other relief to which movant may be entitled.

                                                                 s/ Ron Earnest

                                                    Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ \_\_\_ (date).

                                                               Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.