UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

      v.                            Criminal No. 00157-RCL-5

**JOHN RAYNOR**

### MOTION FOR LEAVE TO TRAVEL TO BRUCETON MILLS, WEST VIRGINIA TO MEET WITH CLIENT

Defendant, by and through appointed undersigned counsel, Steven R. Kiersh, respectfully prays this Honorable Court for an Order authorizing travel by counsel to meet with defendant at the United States Penitentiary, Hazelton, in Bruceton Mills, West Virginia. In support thereof, defendant sets forth as follows:

1. Defendant was tried with numerous other individuals and convicted of conspiracy to participate in a racketeering influenced corrupt organization, and numerous other very serious offenses including fist degree murder. The trial of this matter lasted from March 2002 until January 2003. There are tens of thousands of pages of trial transcripts to review and outline, a massive trial record that includes volumes of pretrial motions, and substantial case files from trial counsel and appellate counsel that all have to be carefully reviewed and analyzed in the context of a claim for post trial relief pursuant to 28 U.S.C. § 2255. This matter was litigated before this Court, before the United States Court of Appeals for the District of Columbia Circuit, and before the United States Supreme Court.

3. Defendant was sentenced to multiple life sentences and is currently serving a life sentence at the United States Penitentiary, Hazleton, Bruceton Mills, West Virginia.

4. Undersigned counsel believes it is necessary to have face to face contact with defendant in order to fully understand and develop the issues to be presented in this matter. Counsel's communications with defendant have to date been via telephone and written correspondence. Those communications can only be general in nature as they are not privileged communications. It is necessary to have extended privileged communications with defendant in order to provide competent representation.

5. The distance between Washington, D.C. and Bruceton Mills is 188 miles each way (a total roundtrip distance of 376 miles). The travel time to and from Bruceton Mills will be six hours.

6. Defendant relies upon the supervisory and discretionary powers of this Honorable Court in seeking the relief requested herein.

WHEREFORE, the foregoing considered, undersigned counsel respectfully prays this Honorable Court for leave to travel to Bruceton Mills, West Virginia to meet with defendant.

Respectfully submitted,

_____/s/_____
Steven R. Kiersh #323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015

## CERTIFICATE OF SERVICE

I hereby that on this the 15th day of July 2013 a copy of the foregoing was served, via ECF, upon all counsel of record in this matter.

_____/s/_____
Steven R.Kiersh

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**                                                    **CRIMINAL NO.: 00157-RCL-5.**

**JOHN RAYNOR**

**ORDER**

Upon consideration of the Motion to for Leave to Travel to Bruceton Mills, West Virginia to meet with defendant at the United States Penitentiary, Hazelton, there being good cause demonstrated, it is by this Court,

ORDERED, that leave is granted for counsel to travel to Bruceton Mills, West Virginia to meet with defendant.

SIGNED this _____day of _____, 2013.

_____
ROYCE C. LAMBERTH
Chief Judge
United States District Court

Parties
Via ECF