UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 00-157 (RCL) |
| CALVIN SMITH | |

### DEFENDANT CALVIN SMITH'S MOTION TO VACATE, SET ASIDE OR OTHERWISE CORRECT SENTENCE

Defendant, Calvin Smith, by and through counsel, pursuant to 28 U.S.C. § 2255, does hereby move to vacate, set aside or otherwise correct his sentence. In support thereof, defendant sets forth as follows:

1. Defendant was found guilty of several counts of criminal conduct including murder, racketeering and conspiracy to distribute controlled substances.

2. Defendant appealed his convictions to the United States Court of Appeals and his convictions were affirmed.

3. The District of Columbia Office of the Federal Public Defender filed Petitions for Writs of Certiorari on behalf of defendant and codefendant Calvin Smith. On June 18, 2012, per a letter from the Clerk of the United States Supreme Court, the Supreme Court granted the Petitions for Writs of Certiorari in the matters of Calvin Smith and John Raynor v. United States, Case No. 11-8976. The Supreme Court affirmed the convictions on January 9, 2013.

4. The D.C. Circuit had remanded his case to the trial court to determine Mr. Smith's colorable claim of ineffective

1

assistance of counsel. In response to the remands of other defendants, Judge Lamberth ordered the government to submit a proposal regarding how to proceed and no hearing on the ineffective assistance has been ordered. The government's proposal did not address the ineffective assistance issue as to how to proceed but noted it in footnote 2 at page 3. We submit the convictions are not final as long as the case remains on remand from the Court of Appeals.

5. Like the similar motion already filed by Mr. Raynor, even though 28 U.S.C. § 2255 provides that a 1 year limitation shall apply to a motion under this section and that the one year period shall run from the latest of (1) the date on which the judgment of conviction becomes final, we files this Motion to Vacate today out of an abundance of caution.

6. The trial of this matter includes tens of thousands of pages of trial transcripts. The trial occurred in 2000. Defendant has since been represented by other counsel and undersigned counsel must review all materials related to the actions and determinations of all of his past counsel.

7. This proceeding is a massive undertaking and defendant seeks leave to supplement this Motion after his counsel has had the opportunity to complete a thorough review of the past proceedings.

8. Preliminarily it appears there may be issues related to introduction of perjured testimony and other issues that must be investigated in order to determine their viability for presentation to this Court for consideration.

9. Defendant seeks an evidentiary hearing to address all of the issues he raises after the completion of review of the record.

WHEREFORE, the foregoing considered, defendant prays this Honorable Court for a new trial and requests leave to allow his counsel to complete a thorough review of the trial record and to supplement the record in order to fully address all issues that may be present.

Respectfully submitted,

RICHARD S. STERN
DC Bar No. 205377
419 7th Street, NW
Suite 405
Washington, D.C. 20004
202-393-2261
E-mail: rssjrg@rcn.com
Fax: 202-638-4279

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the foregoing was served electronically on all interested parties this 9th day of January, 2014.

RICHARD S. STERN